GLANTON *v.* RICHMOND COUNTY *et al.*

HAWKINS, Justice. Since we have this date held in *Richmond County* v. *Glanton,* ante, that the trial court erred in overruling the general demurrer to the petition, the further proceedings in the case were nugatory, and the bill of exceptions in this case, filed by the plaintiff in

that petition and complaining of the refusal of an interlocutory injunction, is dismissed.

*Writ of error dismissed. All Justices concur, except Head, J., who dissents, and Atkinson, P. J., not participating.*

No. 18179. Argued April 13, 1953—Decided May 11, 1953.

*Peebles & Burnside,* for plaintiff in error.

*Franklin H. Pierce,* contra.

